IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GILES CARL ASKINS, )
 )
    Plaintiff, )
 )
 ) NO. 3:19-cv-00716
v. ) JUDGE RICHARDSON
 )
CADILLAC POLICE DEPT., et al., )
 )
    Defendants. )

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 41), to which no Objections have been filed.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at * 2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, Case No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court is not required to review, under a *de novo* or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, Case No. 3:18-cv-0010, 2018 WL 6322332, at * 3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is **ADOPTED and APPROVED**.

Accordingly, the Motions to Dismiss filed by Defendants Cadillac Police Department and the Wexford County Defendants[1] (Doc. Nos. 14 and 28) are **DENIED** as moot, as Plaintiff has withdrawn his claims against them and declared his claims against them to be "null" and "void." (Doc. No. 12). In addition, the Motion to Dismiss filed by Defendant Cadillac Evening News (Doc. No. 30) is **GRANTED.** This action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] "Wexford County Defendants" are defined in the Report and Recommendation as Defendants Cadillac Circuit Court Judge and Cadillac County Government.